UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 09-0026 (PLF) |
| | ) | |
| RICO RODRIGUS WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that the motion [Dkt. No. 246] of the United States for restitution
under the Mandatory Victims Restitution Act ("MVRA"), 18 U.S.C. § 3663A, or in the
alternative, under the Victim and Witness Protection Act ("VWPA"), 18 U.S.C. § 3663, is
GRANTED IN PART; it is

FURTHER ORDERED that defendant Rico Rodrigus Williams shall pay
restitution to Sergeant Juwan Johnson's estate pursuant to the VWPA; and it is

FURTHER ORDERED that Mr. Williams is directed to provide supplemental
evidence of his financial resources, his future earning ability, and the financial needs and earning
ability of his dependents, on or before February 15, 2019.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: January 8, 2019